

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2019

No. 04-19-00154-CR

Marilynn Meade **MEDINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11281
Honorable Lori I. Valenzuela, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 12, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2019.

_____
Keith E. Hottle, Clerk of Court